UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No: SA CV 22-00090-DOC-(DMFx)           Date: September 8, 2023

Title: Nationwide Mutual Insurance Company v. Klassic Engineering and Construction, Inc. et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS): ORDER DISMISSING CIVIL CASE**

The Court, having been notified by the plaintiff that this action has been settled [175], hereby orders this action DISMISSED without prejudice. The Court hereby orders **ALL** proceedings and trial in the case VACATED and taken off calendar. The Court retains jurisdiction for 60 days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

The Court further orders Motion in Limine to Exclude Improper Lay Opinions (Dkt. 123) and Motion in Limine to Exclude from Evidence All Documents (Dkt.128) denied as moot.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                Initials of Deputy Clerk: kdu