# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KLASSIC ENGINEERING & CONSTRUCTION, INC.; KEIVAN V. SHIRALI; ELYAS RAEISI NAFCHI,<br><br>Defendants. | Case No. 8:22-cv-00090 DOC (DFMx)<br><br>**ORDER RE JOINT MOTION AND STIPULATION TO DISMISS PLAINTIFF'S ENTIRE ACTION AGAINST DEFENDANTS WITH PREJUDICE**<br><br>Action Filed: 1/19/22<br>Fact Discovery Cut-Off: 12/2/22<br>Motion Cut-Off: 1/23/23<br>Final Pretrial Conference: 4/10/23<br>Trial Date: 9/12/23 |

The Court has reviewed the parties' Joint Motion and Stipulation to dismiss Plaintiff's entire action against Defendants with prejudice and has found that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties may stipulate to the dismissal of this action without Court order.

Therefore, it is hereby ORDERED that the Joint Motion and Stipulation is GRANTED:

(1) The Order of this Court dismissing the action in its entirety, without prejudice, dated September 8, 2023 [Dkt 176] is hereby set aside; and

(2) Upon the setting aside of this Court's previous Order of dismissal, the Court hereby dismisses the entire action, with prejudice.

**IT IS SO ORDERED**.

Dated: October 13, 2023          By: _/s/ David O. Carter_

　　　　　　　　　　　　　　　　　The Honorable David O. Carter
　　　　　　　　　　　　　　　　　United States District Judge